IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO WRIGHT,)<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH D. KYLER, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 02-1623<br><br>   Judge Lancaster<br>   Magistrate Judge Hay |

### ORDER

AND NOW, this 6th day of June, 2006, the Court having been advised that the parties have reached a settlement in this case and it appearing that no further action is contemplated by this Court at this time in the above captioned matter, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

IT IS FURTHER ORDERED that the parties shall submit an executed Stipulation of Dismissal on or before June 20, 2006.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order has not been entered.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARY L. LANCASTER
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　Mark J. Bushnell, Esquire
　　　Bushnell Law Firm
　　　436 Seventh Avenue
　　　2202 Koppers Building
　　　Pittsburgh, PA 15219-1818

Craig E. Maravich, Esquire
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Paula Koczan, Esquire
Samuel H. Foreman, Esquire
Weber Gallagher Simpson
 Stapleton Fires & Newby
603 Stanwix Street
Suite 1450, 14th Floor
Pittsburgh, PA 15222