```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTONIO WRIGHT,                    )
         Plaintiff,                )
                                   )
     v.                            )   Civil Action No. 02-1623
                                   )
KENNETH D. KYLER, ET AL.,          )
         Defendants.               )
```

ORDER

Plaintiff has filed a pleading, entitled "Plaintiff's Objections to Magistrate Judge's Memorandum Order" [document #98], that the Court will construe as a notice of appeal of the non-dispositive order, dated June 23, 2006, entered by United States Magistrate Judge Amy Reynolds Hay. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 28th day of June, 2006, IT IS HEREBY ORDERED that the order referred to is AFFIRMED.

BY THE COURT:

_____, J.

cc:  The Honorable Amy Reynolds Hay,
     United States Magistrate Judge

     All parties of record